IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMP PLUS, INC. d/b/a ELCO LIGHTING | § § § | |
| Plaintiff, | § § | |
| and ASSURANCE COMPANY OF AMERICA AS SUBROGEE OF AMP PLUS, INC. D/B/A ELCO LIGHTING | § § § § § | CIVIL ACTION NO. 3:04-CV-2636-R ECF |
| v. | § § | |
| TEXAS INSTRUMENTS INCORPORATED | § § § § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

The Court has reviewed PLAINTIFF/INTERVENOR'S FIRST AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (filed November 2, 2006). The court finds that the document contains insufficient citations.[1] Citations to any exhibit or document having multiple pages should include page numbers. Paragraph numbers and line numbers should also be included where appropriate.[2] The court hereby ORDERS Plaintiff to resubmit Findings of Fact and Conclusions of Law with sufficient citations by Wednesday, November 22, 2006.

It is SO ORDERED.
Signed this 16th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See e.g., PLAINTIFF/INTERVENOR'S FIRST AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, pgs. 6-7, Findings of Fact 14(a), 16(a), 17(a).

[2] For example: Plaintiff's Exhibit 7, pg. 23, paragraph 3.